## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ROBERT DALE SHELL                                                PLAINTIFF

V.                              No. 4:22-CV-01121-BRW-JTR

JOSH LINGO, Captain,
Hot Spring County Detention Center; *et al*.                      DEFENDANTS

## <u>TRANSFER ORDER</u>

Plaintiff Robert Dale Shell ("Shell"), a prisoner in the Hot Spring County Detention Center ("HSCDC"), has filed a *pro se* § 1983 Complaint alleging unconstitutional conditions of confinement and inadequate medical care during his time incarcerated in the HSCDC. *Doc. 1*. Shell also makes allegations against the Montgomery County Sheriff's Office

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). According to Shell's Complaint, the events giving rise to this lawsuit occurred in Hot Spring County and Montgomery County, which are both located in the Western District of Arkansas.

Accordingly, the interest of justice will best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a

district court may transfer any civil action to any other district or division where it might have been brought.").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas.

DATED this 21st day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE