IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT DALE SHELL                                                                                   PLAINTIFF

v.                                         Case No. 6:22-cv-06120

SERGEANT JOSH LINGO and
DR. DARRELL ELKIN                                                                              DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed February 23, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Bryant recommends dismissing Plaintiff Robert Dale Shell's complaint (ECF No. 1) without prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.[1]

**IT IS SO ORDERED**, this 15th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] On March 3, 2023, Plaintiff filed an amended complaint. ECF No. 8. However, even construing the contents of that amended complaint liberally, the Court finds that the document does not qualify as a timely and specific objection to Judge Bryant's report and recommendation. For the benefit of Plaintiff, who is proceeding *pro se*, the Court notes that because the instant order is dismissing Plaintiff's complaint *without* prejudice, Plaintiff may refile a new action (using his amended complaint (ECF No. 8)) if he so chooses.